RECEIVED
IN LAKE CHARLES, LA

JUN 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANSUMANA SESAY | : | DOCKET NO. 2:05-cv-2248 |
| | | Section P |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Currently before the court is a "Consent Motion" [doc. 16] filed on behalf of the petitioner and the respondents. By this motion, the parties represent to the court that they have agreed that if the petitioner is not removed from the United States within 60 days, he will be released from custody to an Order of Supervision. The parties seek to have the court enter a judgment which reflects this agreement and closes this case.

Having considered this motion,

IT IS ORDERED that the petition for writ of *habeas corpus* be GRANTED to the extent that petitioner be released from custody to an Order of Supervision if he is not removed from the United States within 60 days from the date of this Judgment. Otherwise the petition is DENIED.

IT IS FURTHER ORDERED that this case be CLOSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE